## IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

ROBERT PHILIP TUERK

: No. 2424 Disciplinary Docket No. 3
:
: Board File No. C1-17-100
:
: (Supreme Court of Florida, Case No.
: SC17-62)
:
: Attorney Registration No. 60360
:
: (Philadelphia)

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of February, 2018, upon consideration of the responses to a Notice and Order directing Robert Philip Tuerk to provide reasons against the imposition of a disbarment reciprocal to that imposed by the Supreme Court of Florida, Robert Philip Tuerk is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Pa.R.D.E. 217.